IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHIRLEY PALMER and GERALD PALMER,
husband and wife,

       Plaintiffs,

vs.                                                                                              Civ. No. 97-1296 MV/WWD

GIANT INDUSTRIES ARIZONA, INC.,
an Arizona corporation d/b/a GIANT TRAVEL
CENTER and GIANT INDUSTRIES, INC., a
Delaware corporation d/b/a GIANT TRAVEL CENTER,

       Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant's Motion to Strike Plaintiffs' Expert Derek Swinson and Any Medical Expert Or, In the Alternative, To Set New Discovery Deadlines. The motion was filed July 1, 1998. The motion to strike will be denied and the motion to set new discovery deadlines will be granted.

**WHEREFORE,**

**IT IS ORDERED** that the pre-trial schedule in this cause shall be amended as follows, to wit:

Discovery ends: October 30, 1998;

Discovery motions filed by: November 19, 1998;

Plaintiffs identify in writing and provide reports of any expert witnesses to be used by Plaintiffs at trial by: August 3, 1998;

-1-

Defendant identifies in writing and provides reports of any expert witnesses to be used by Defendant at trial by: September 2, 1998;

Pre-trial motions packages filed with the Court by: December 28, 1998;

Plaintiffs submit their portion of pretrial order to Defendant by: January 4, 1999;

Defendant submits completed pretrial order to Court by: January 14, 1999.

_____
UNITED STATES MAGISTRATE JUDGE